8 So.2d 900

**Woodie EDWARDS v. STATE.**

8 Div. 274.

Court of Appeals of Alabama.

May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

8 So.2d 900

**Philip (alias Phil.) ELLIS (alias Hardy) v. STATE.**

6 Div. 852.

Court of Appeals of Alabama.

May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

5 So.2d 846

**Hudson ELMORE v. STATE.**

4 Div. 681.

Court of Appeals of Alabama.

Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

5 So.2d 846

**J. Matthew ELMORE v. STATE.**

4 Div. 701.

Court of Appeals of Alabama.

Dec. 16, 1941.

Ben. F. Ray, of Birmingham, and A. L. Patterson, of Phenix City, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

---

8 So.2d 224

**Quinton EMERSON v. CITY OF TUSCALOOSA.**

6 Div. 846.

Court of Appeals of Alabama.

April 23, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

---

4 So.2d 922

**Hudson (alias Hut) EZEKIEL v. STATE.**

7 Div. 637.

Court of Appeals of Alabama.

Oct. 7, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.